UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                  :

KELI VANN,                       :
                                    :
                     Plaintiff,    :           1:23-cv-266-GHW
                                    :
                 -v -               :            ORDER
                                    :
CAPITAL ONE BANK (USA), *et al.,*    :
                                    :
                                    :
                                    :
                                    :
                   Defendants.   :
                                    :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On January 24, 2023, the Court ordered Plaintiff to show cause why this case should not be transferred to the Eastern District of Virginia. Dkt No. 7. Plaintiff responded on January 26, 2023 consenting to the transfer of this matter to the Eastern District of Virginia. Dkt. No. 8. Defendants have yet to appear in this case.

28 U.S.C. § 1404(b) provides that "in the interest of justice, a district court may transfer any civil action . . . to any district or division to which all parties have consented." The Court may also transfer a case "[f]or the convenience of the parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a).

Plaintiff is directed to serve a copy of this order on all Defendants in this action and retain proof of service. The Clerk of Court is directed to transfer this case to the Eastern District of Virginia without delay.

SO ORDERED.

Dated: January 27, 2023
       New York, New York

                                              _____
                                                GREGORY H. WOODS
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2023